UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                       Date:   06/10/2010
Court Reporter:                              Docket No: 2:09-mj-3529-mf-1

Title of the Case:

UNITED STATES OF AMERICA
v.
HAJRUDIN PEJCINOVIC

Appearances:

David Malagold, AUSA
Gerald Shargel & Sarita Kedra, Attorney for Defendant

Nature of Proceedings:

Status conference held in chambers

                                               Lissette Rodriguez
                                      Lissette Rodriguez, Courtroom Deputy
                                      to the Honorable Jose L. Linares, U.S.D.J.

Commenced: 3:15 pm
Concluded:   3:30 p.m.